Sherwin Kraman, for the Use of Lyman A. Larson, Connie J. Larson, a Minor, by Her Father and Next Friend, Lyman A. Larson, and Mary E. Larson, a Minor, by Her Father and Next Friend, Lyman A. Larson, Plaintiffs-Appellants, v. Regal Mutual Insurance Company, a Corporation, and Prudence Mutual Casualty Company, a Corporation, Defendants-Appellees.

Gen. No. 11,574.

Second District, Second Division.

May 16, 1962.

Hallock & Reese, of Rockford, for appellants; Thomas, Davis & Kostantacos, of Rockford, for appellees. Opinion by JUDGE CROW. Not to be published in full.